# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISON

**MICHAEL KIRKPATRICK and,**
**SYDNEY KIRKPATRICK**
       **Plaintiff,**

vs.

**FIRST COMMUNITY INSURANCE COMPANY,**

       **Defendant**.

**Case No.: 2:23-cv-001158-JLB-KCD**

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Michael Kirkpatrick and Sydney Kirkpatrick, and the Defendant, First Community Insurance Company, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

Dated: July 30, 2024.      Respectfully Submitted,

        */s/ Benjamin D. Keener*
        John A. Unzicker, Jr.
        Florida Bar No. 320366
        Zareen Zaidi
        Florida Bar No. 1041187
        Benjamin D. Keener

Florida Bar No. 35974
**NIELSEN & TREAS, LLC**
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500
F: 504-603-0730
junzicker@nt-lawfirm.com
zzaidi@nt-lawfirm.com
bkeener@nt-lawfirm.com
*Attorneys for Defendant*

And

*/s/ Tania Williams*
Tania Williams
Florida Bar No. 599425
**INSURANCE LITIGATION GROUP, P.A.**
1500 N.E. 162nd Street
Miami, Florida 33162
Telephone: (786) 529-0090
Facsimile: (866) 239-9520
Email: service@ilgpa.com
*Attorneys for Plaintiffs*